is case number 152089 United States v. Alexander Montoya Mr. Ravchak Thank you Judge Lynch and may it please the court. I'd like to reserve one minute for rebuttal if I may. A new trial is required in this case because the district court failed to give an entrapment instruction. The government misleads this court by applying the wrong standard in its brief and focusing solely on evidence that favors its position on the entrapment issue. As the court knows, the standard of review is different. It's whether the evidence viewed in the light most favorable to the defendant meets the modest burden and modest is quoted in many cases from this court, modest burden to raise the issue of entrapment. The district court's error was compounded because the government argued its position on entrapment in the opening. It was also compounded by the government's disruption of the informant's Facebook account.